IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARON M. JONES,<br><br>     Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, SCOTT R. FRAKES, Director, Nebraska Correctional Services; and MICHELL CAPPS, Warden, Nebraska State Penitentiary;<br><br>     Respondents. | 8:18CV411<br><br>**MEMORANDUM<br>AND ORDER** |

  This matter is before the court on preliminary review of Petitioner Laron M. Jones' Petition for Writ of Habeas Corpus (filing no. 1) brought pursuant to 28 U.S.C. § 2254. The petition is deficient because Petitioner has not signed the petition under penalty of perjury. *See, e.g.* 28 U.S.C. § 2242 and Rule 2(c)(5) of the *Rules Governing Section 2254 Cases in the United States District Courts*.

  IT IS THEREFORE ORDERED that:

  1. The clerk's office shall send the Petitioner a copy of filing no. 1 (CM/ECF pages 1–74 only).

  2. The clerk's office shall send the Petitioner Form AO241, Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254.

  3. On or before **November 9, 2018**, Petitioner shall submit an amended Petition that is originally signed under penalty of perjury. Petitioner is warned that failure to file an amended petition in accordance with this Memorandum and Order may result in dismissal of this case without further notice.

4. The clerk's office is directed to set a pro se case management deadline using the following text: **November 9, 2018**: check for amended petition.

Dated this 10th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge