# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARON M. JONES,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, SCOTT R. FRAKES, Director, Nebraska Correctional Services; and MICHELL CAPPS, Warden, Nebraska State Penitentiary;<br><br>　　　　　　Respondents. | 8:18CV411<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the court on its own motion. On April 4, 2019, Respondents filed an answer (filing no. 16) and brief (filing no. 17) in accordance with this court's December 19, 2018 Memorandum and Order. Pursuant to that order, Petitioner had 30 days, or until May 6, 2019, to file and serve a brief in response to Respondents' answer and brief. (*See* Filing No. 11 at CM/ECF p. 7.) The deadline for Petitioner to submit his brief has passed. Out of an abundance of caution,

　　　　IT IS ORDERED that:

　　　　1.　　Petitioner shall have until **June 17, 2019**, to submit a brief in response to Respondents' answer and brief. If Petitioner does not submit a brief by that date, then this matter will be deemed fully submitted for disposition.

　　　　2.　　The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 17, 2019**: check for Petitioner's brief.

Dated this 3rd day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge